**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Alex Hormozi, | Civil No. 24-3241 (DWF/DLM) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Neist Media LLC, Alex Neist, and Benjamin Read, | |
| Defendants. | |

Based upon the Joint Stipulation of Dismissal with Prejudice filed by the parties on June 30, 2025, (Doc. No. [51]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

Dated: June 30, 2025

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge